UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ OCT 01 2018 ★
LONG ISLAND OFFICE

Eric Williams individually and on behalf of
all others similarly situated,

                         Plaintiff,

v.

Central Credit Services, LLC
        Jury Demanded

                         Defendants.

No. 18-cv-3078

CLASS ACTION

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all parties (the Defendant having not appeared) that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action be, and the same hereby is discontinued wth prejudice and without costs to either party.

/S/ JOSEPH MAURO
Joseph M. Mauro
The Law Office of Joseph Mauro, LLC
306 McCall Ave.
West Islip, NY 11795
Attorney for Plaintiff

9-29-18
Date

10/01/2018: The Clerk of Court is directed to close This Case So ORDERED.

s/ Sandra J. Feuerstein
Sandra J. Feuerstein, U.S.D.J.